[Nos. 23696-0-III; 23711-7-III; 24362-1-III.    Division Three.    January 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL E. MALONE, *Appellant.*

*In the Matter of the Personal Restraint of* MICHAEL E. MALONE, *Petitioner.*

The opinion in the above captioned case, which appeared in the advance sheets at 136 Wn. App. 545-68, has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated May 10, 2007 granting reconsideration and withdrawing the opinion. See 138 Wn. App. 587.